UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jones, William Keith | Docket No. | 2:17CR00234-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant William Keith Jones, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 9th day of January 2018, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** William Keith Jones is alleged to have been cited for improper lane usage and arrested for driving under the influence of alcohol on November 24, 2018.

On January 11, 2018, the conditions of pretrial release supervision were reviewed with Mr. Jones. He acknowledged an understanding of his conditions, which included standard condition number 1.

The following information was gathered from Spokane Police Department (SPD) report number 2018-20232993, and local court records.

On November 24, 2018, at approximately 1740 hours, an officer with SPD was dispatched to a vehicle versus parked car accident.

Upon arrival, the officer observed a Ford Edge that traveled across oncoming traffic and struck two parked cars.

The officer spoke to a male identified as Mr. Jones sitting in the driver seat of the Ford Edge. Mr. Jones was the sole occupant of the vehicle. The officer could smell a strong odor of intoxicants coming from the vehicle. The officer also observed Mr. Jones' speech was slurred and his eyes were bloodshot and watery.

The Spokane Fire Department was on scene and stated Mr. Jones' blood sugar was normal and his vitals were stable. Mr. Jones refused transport to the hospital.

Mr. Jones stated he did not wish to complete voluntary standardized field sobriety tests at that time.

Mr. Jones was asked to step out of the vehicle. He was uneasy of his feet. Mr. Jones was also allegedly stumbling and had to use the side of the car to stabilize himself in order to walk to the rear of the vehicle. Once separated from the vehicle, the officer continued to smell a strong odor of intoxicants coming from Mr. Jones' person.

At that time the officer determined probable cause existed to arrest Mr. Jones for driving under the influence (DUI). He was transported to the "BAC room" for further investigation.

Upon arrival at the BAC room, another officer took over the investigation.

While the officer completed the paperwork for the DUI investigation, Mr. Jones was allowed to contact his attorney. Mr. Jones was able to speak to his attorney at that time

After Mr. Jones spoke with his attorney, he agreed to submit to a breath test. The breath test was administered with results of .160, .153, .157 and .150.

Once the breath test was completed, Mr. Jones was transported to the Spokane County Jail where he was booked for driving under the influence. Mr. Jones was also cited for improper lane usage.

Available court records indicate Mr. Jones has been formally charged with driving under the influence in Spokane Municipal Court case number 8Z1128865. On November 26, 2018, Mr. Jones appeared before the Spokane Municipal Court for an arraignment. He was released from custody on his own recognizance on that date. Mr. Jones is scheduled to appear in Spokane Municipal Court for a pretrial conference on December 18, 2018.

In addition, Mr. Jones was charged with improper lane usage in Spokane Municipal Court case number 8Z1128866. Mr. Jones is scheduled to appear in Spokane Municipal Court for an infraction hearing on December 18, 2018.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  November 28, 2018 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

November 29, 2018

Date