FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>WILLIAM KEITH JONES,<br><br>Defendant. | No. 2:17-CR-0234-WFN-1<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

A motion hearing was held December 4, 2019. The Defendant, who is not in custody, was present and represented by Roger Peven; Assistant United States Attorney George Jacobs, III represented the Government.

Pursuant to the parties' Plea Agreement in 2:18-CR-0113-WFN-1, the Government orally moved to dismiss the Indictment in this case. The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. The Government's oral motion to dismiss the Indictment is **GRANTED.**

2. The Indictment is **DISMISSED with prejudice**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 5th day of December, 2019.

_s/ WM. Fremming Nielsen_
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

12-05-19

ORDER